UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CHARLES A. HINES, JR., an individual, §<br>And CATHERINE K. HINES, an individual, §<br>§<br>Plaintiffs §<br>§<br>v. §<br>§<br>MT. HAWLEY INSURANCE COMPANY, §<br>a foreign profit corporation §<br>§<br>Defendant. | CASE NO. 8:26-CV-000067 |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Mt. Hawley Insurance Company ("Mt. Hawley") files this Notice of Removal of this action from the 6th Judicial Circuit Court of Pinellas County, Florida to the United States District Court for the Middle District of Florida, Tampa Division, the district and division in which the 6th Judicial Circuit Court is located. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Mt. Hawley respectfully shows this Court as follows:

1.  On December 8, 2025, Plaintiffs commenced this action in the 6th Judicial Circuit Court of Pinellas County, Florida, entitled *CHARLES A. HINES, JR., an individual, and CATHERINE K. HINES, an individual*, pending as Case No. 25-006962-CI (the "State Court Case") by filing Plaintiffs' Complaint and Demand for a Jury Trial. *See* Exhibit 2, "Complaint." Mt. Hawley was served with the Summons and Petition on December 12, 2025. *See* Exhibit 3, "Notice of Service of Process" and "Summons". As such, removal is timely because thirty (30) days have not elapsed since the date Mt. Hawley received a copy of the Complaint, as required by 28 U.S.C. § 1446(b).

2. A copy of this Notice of Removal will be filed with the 6th Judicial Circuit Court of Pinellas County, Florida, and a copy of this Notice of Removal will also be served on Plaintiffs. Mt. Hawley is, contemporaneously with the filing of this Notice, giving written notice of filing of this Notice of Removal with the clerk of the 6th Judicial Circuit Court of Pinellas County, Florida.

3. In Compliance with Local Rule 1.06, a copy of each paper docketed in the State Court Case is attached hereto as Composite Exhibit 4.

4. Plaintiffs have requested a trial by jury in the State Court Case.

## Ground for Removal:  Diversity

5. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332, in that this is a civil action where the matter in controversy exceeds $75,000 and is between citizens of different States.

A. <u>The amount in controversy exceeds the federal minimum jurisdictional requirements</u>.

6. Prior to filing this lawsuit, Plaintiffs filed a pre-suit Notice of Intent to Litigate and settlement demand against Mt. Hawley claiming $85,221.00 in damages. *See* Exhibit 5, October 24, 2025 Notice of Intent to Initiate Litigation.

7. Accordingly, the amount in dispute exceeds $75,000, exclusive of interest and costs.

B.  <u>There is complete diversity between Plaintiffs and Mt. Hawley</u>.

8. At time of the filing of this action, and at all times since, Plaintiffs are domiciled in Florida and were owners of the insured property located at 2001 Drew Street, Clearwater, FL 33765. Plaintiffs are therefore citizens of the State of Florida for purposes of determining diversity jurisdiction, and not a citizen of the State of Illinois. 28 U.S. C. § 1332(c)(1).

9. Defendant Mt. Hawley is a corporation organized under the laws of Illinois, with its principal place of business in Illinois. Accordingly, Mt. Hawley is a citizen of the State of Illinois for purposes of determining diversity jurisdiction, and not a citizen of the State of Florida. 28 U.S. C. § 1332(c)(1).

10. Complete diversity exists in this case and removal is proper because Plaintiffs are citizens of Florida, and Mt. Hawley is a citizen of Illinois.

WHEREFORE, Defendant Mt. Hawley Insurance Company prays that the above-described action now pending in the 6th Judicial Circuit Court of Pinellas County, Florida, be removed to this Court.

    Respectfully submitted,

*/s/ Marcus G. Mahfood*
Marcus G. Mahfood / FBN: 41495
CHARTWELL LAW OFFICES, LLP
100 SE 2nd St., Suite 2150
Miami, FL 33131-2137
Tel: 305-372-9044
Fax: 305-372-5044
mmahfood@chartwelllaw.com

**ATTORNEYS FOR MT. HAWLEY INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of the above and foregoing instrument is being served upon all counsel of record in accordance with the Federal Rules of Civil Procedure, on this 9th day of January, 2026.

             */s/ Marcus G. Mahfood*
             Marcus G. Mahfood