UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

CHARLES A. HINES, JR. et al.,

Plaintiffs,

-v-

MT. HAWLEY INSURANCE COMPANY,

Defendant.

---------------------------------------------------------------------X

26-CV-1312 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's May 7, 2026 Order, ECF No. 22, the parties were required to file a joint letter, the contents of which are described therein, by August 6, 2026. To date, the parties have not filed the joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 25, 2026**. Failure to file the letter by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

SO ORDERED.

Dated: August 18, 2026
New York, New York

JESSE M. FURMAN
United States District Judge